# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: 05-cr-00163-LTB-03 |
| | USM Number: 04028-090 |
| ANDREW R. SEEMAN | Thomas P. Johnson, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, and 13, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/21/05 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violation 8 and is discharged as to such violation.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 8, 2006
Date of Imposition of Judgment

s/Lewis T. Babcock
Signature of Judge

Lewis T. Babcock, Chief U.S. District Judge
Name & Title of Judge

August 16, 2006
Date

DEFENDANT: ANDREW SEEMAN  
CASE NUMBER: 05-cr-00163-LTB-03                                                               Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 01/09/06 |
| 3 | Possession and Use of a Controlled Substance | 01/19/06 |
| 4 | Possession and Use of a Controlled Substance | 01/30/06 |
| 5 | Possession and Use of a Controlled Substance | 02/10/06 |
| 6 | Possession and Use of a Controlled Substance | 02/15/06 |
| 7 | Possession and Use of a Controlled Substance | 03/03/06 |
| 9 | Possession and Use of a Controlled Substance | 03/15/06 |
| 10 | Possession and Use of a Controlled Substance | 04/14/06 |
| 11 | Possession and Use of a Controlled Substance | 04/19/06 |
| 12 | Possession and Use of a Controlled Substance | 04/26/06 |
| 13 | Failure to Comply with the Rules of Community Corrections Center | 04/30/06 |

DEFENDANT:  ANDREW SEEMAN
CASE NUMBER:  05-cr-00163-LTB-03                                                         Judgment-Page 3 of 3

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirteen (13) months.

     The court strongly recommends that the Bureau of Prisons designate the defendant to medical facility for service of sentence.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal